```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 02512
   MARITZA DELAROCA
                                                 CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-4376


-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/13/07 and confirmed on 04/27/07.

   2.  The case was dismissed after confirmation, 08/10/2007.

   3.  The Debtor paid a total of $    750.00 .

   4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
WILSHIRE CREDIT CORP       CURRENT MORTG         .00             .00            .00
WILSHIRE CREDIT CORP       MORTGAGE ARRE         .00             .00            .00
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED            .00            .00
ALLIED INTERSTATE          UNSECURED        NOT FILED            .00            .00
CERTIFIED SERVICES INC     UNSECURED        NOT FILED            .00            .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED            .00            .00
DEBT CREDIT SERVICES       UNSECURED        NOT FILED            .00            .00
DEPENDON COLLECTION SERV   UNSECURED        NOT FILED            .00            .00
FFCC COLUMBUS INC          UNSECURED        NOT FILED            .00            .00
FFCC COLUMBUS INC          UNSECURED        NOT FILED            .00            .00
HSBC                       UNSECURED        NOT FILED            .00            .00
LVNV FUNDING               UNSECURED        NOT FILED            .00            .00
MERCHANTS CREDIT GUIDE     UNSECURED        NOT FILED            .00            .00
NCO FINANCIAL              UNSECURED        NOT FILED            .00            .00
NCO FINANCIAL              UNSECURED        NOT FILED            .00            .00
NICOR GAS                  UNSECURED        NOT FILED            .00            .00
PELLETTIERI & ASSOC        UNSECURED        NOT FILED            .00            .00
SUPERIOR MANAGEMENT        UNSECURED        NOT FILED            .00            .00
         Summary of disbursements:

                           SECURED     PRIORITY   UNSECURED      OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED            .00          .00         .00         .00            .00
PRINCIPAL PAID                .00          .00         .00         .00            .00
INTEREST PAID                 .00          .00         .00         .00            .00
TOTAL PAID                    .00          .00         .00         .00            .00
The Debtor's attorney, THOMAS R HITCHCOCK               , was allowed $   2499.90
and was paid $    535.50  direct and $    730.50  through the plan.

The Trustee received $     19.50 .
```

Refunds to the Debtor totaled $     .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE